IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SARA HAMELIN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:09-1016 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| STAFFMARK INVESTMENT, LLC; | ) | |
| ASURION INSURANCE SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon notice of voluntary dismissal (Docket Entry No. 7) and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is hereby voluntary **DISMISSED without prejudice**. Each party shall bear its own costs.

It is so **ORDERED**.

**ENTERED** this the 25th day of November, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge